SPRINGFIELD NATIONAL BANK, Respondent, *v.* THOS. J. MAY CO., INC., Appellant.

(Argued October 23, 1928; decided November 20, 1928.)

*William E. Russell* and *M. Wallace Dixon* for appellant.
*Eli J. Blair* for respondent.

no opinion.
Concur: CARDOZO, Ch. J., POUND, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.   Dissent: CRANE, J.